**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 26-3793-JFW(ADSx)** Date: June 30, 2026

Title: Yaojie Yu -*v*- U.S. Citizenship and Immigration Services, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR REMAND TO USCIS FOR ADJUDICATION OF PLAINTIFF'S N-400 APPLICATION FOR NATURALIZATION [filed 6/24/26; Docket No. 27]**

On June 24, 2026, Defendants U.S. Citizenship and Immigration Services ("USCIS"), Markwayne Mullin, Joseph B. Edlow, and Todd Blanche (collectively, "Defendants") filed an Application for Remand to USCIS for Adjudication of Plaintiff's N-400 Application for Naturalization ("Application"). On June 25, 2026, Plaintiff Yaojie Yu ("Plaintiff") filed his Opposition. On June 29, 2026, Defendants filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Defendants' Application and Reply, and pursuant to 8 U.S.C. § 1447(b), the Court **GRANTS** Defendants' Application and **REMANDS** this matter to USCIS for adjudication of Plaintiff's Form N-400 Application. *See, e.g., Nogami v. Garland*, 2022 WL 2764368 (C.D. Cal. July 1, 2022) ("The Supreme Court has held that courts should remand a case 'to an agency for decision of a matter that statutes place primarily in agency hands' and that this principle 'has obvious importance in the immigration context'") (*quoting I.N.S. v. Ventura*, 537 U.S. 12, 16-17 (2002)). USCIS is **ORDERED** to deliver a final determination on Plaintiff's Form N-400 Application within forty-five (45) days of the date of this Order. The Court signs, as modified, the proposed Order Remanding Matter to USCIS for Adjudication of Plaintiff's N-400 Application for Naturalization, lodged with the Court on June 24, 2026. *See* Docket No. 27-2.

IT IS SO ORDERED.



Initials of Deputy Clerk sr