JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YAOJIE YU,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MARKWAYNE MULLIN, in his Official Capacity as Secretary of the U.S. Department of Homeland Security; JOSEPH B. EDLOW, in his Official Capacity as Director of U.S. Citizenship and Immigration Services; TODD BLANCHE, in his Official Capacity as Acting Attorney General of the United States,

Defendants.

Case No. 2:26-cv-03793-JFW-ADSx

**ORDER REMANDING MATTER TO USCIS FOR ADJUDICATION OF PLAINTIFF'S N-400 APPLICATION FOR NATURALIZATION**

Having read and considered the *Ex Parte* Application for Remand to USCIS for Adjudication of Plaintiff's N-400 Application for Naturalization and the Declaration of Special Assistant United States Attorney Yaratzed Anguiano submitted by Defendants, Plaintiff's Opposition, and Defendants' Reply, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The matter is remanded to the United States Citizenship and Immigration Services ("USCIS") for adjudication of Plaintiff Yaojie Yu's ("Plaintiff") Form N-400 Application;

2. USCIS shall adjudicate Plaintiff's Form N-400 Application within forty-five (45) days of the date of this Order.

3. If USCIS determines that Plaintiff may be ineligible for naturalization at this time, USCIS will issue a notice to Plaintiff informing him of the reason for ineligibility and provide him with an opportunity to address the eligibility issue prior to the agency's final decision on his Form N-400 Application.

4. If USCIS does not issue a decision on Plaintiff's Form N-400 Application for naturalization within forty-five (45) days, Defendants will not oppose any request by Plaintiff to this Court to vacate the remand Order and thereby re-assert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. §1447(b).

**IT IS SO ORDERED.**

Dated: June 30, 2026

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE